No. 83, Misc. MATHIS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Edward Mosk* for petitioner. *Thomas C. Lynch*, Attorney General of California, *Albert W. Harris, Jr.*, Assistant Attorney General, and *Robert R. Granucci*, Deputy Attorney General, for respondent.

No. 87, Misc. JOHNSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 89, Misc. POINDEXTER v. NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *George H. Cohen* for respondent.

No. 90, Misc. CAMBRIDGE ET AL. v. RHAY, PENITENTIARY SUPERINTENDENT. Super. Ct. Wash., Walla Walla County. Certiorari denied. Petitioners *pro se. John J. O'Connell*, Attorney General of Washington, and *Stephen C. Way* and *Lee D. Rickabaugh*, Assistant Attorneys General, for respondent.

No. 92, Misc. MILLS v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *Marco Loffredo* for petitioner. *Earl Faircloth*, Attorney General of Florida, and *James T. Carlisle*, Assistant Attorney General, for respondent.

No. 95, Misc. COWAN v. NEW YORK. Ct. App. N. Y. Certiorari denied. Petitioner *pro se. Michael F. Dillon* for respondent.